IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROSALINO PEREZ-BENITES, et al.                                                    PLAINTIFFS

V.                              CASE NO. 07-CV-1048

CANDY BRAND, LLC, et al.                                                          DEFENDANTS

## ORDER

    Before the Court is a Stipulation of Dismissal of Defendant Dale McGinnis.  (Doc. 169). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Separate Defendant Dale McGinnis from this action.  Accordingly, all claims against Separate Defendant Dale McGinnis are hereby **DISMISSED WITH PREJUDICE**.

    **IT IS SO ORDERED**, this 31st day of March, 2010.

                                                                              /s/ Harry F. Barnes
                                                                        Hon. Harry F. Barnes
                                                                        United States District Judge