UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

| | |
|---|---|
| ROSALINO PEREZ-BENITES, <br> LUIS ALBERTO ASENCIO-VASQUEZ, and <br> PASCUAL NORIEGA-NARVAEZ, <br> Individually and on behalf of all others <br> Similarly situated, | PLAINTIFFS |
| VS.   CASE NO. 1:07-cv-1048 | |
| CANDY BRAND, LLC, <br> ARKANSAS TOMATO SHIPPERS, <br> LLC., CHARLES SEARCY, RANDY <br> CLANTON, DALE MCGINNIS, AND <br> BROOKS LISENBEY | DEFENDANTS |

## SEPARATE DEFENDANT, RANDY CLANTON'S, MOTION FOR PARTIAL SUMMARY JUDGMENT

Comes now separate defendant, Randy Clanton, by and through his attorney, F. Mattison Thomas, III, who for this motion for partial summary judgment, does state and allege the following:

1. There are no genuine issues as to material fact to support the allegation contained within the complaint that Randy Clanton was an employer, as defined formally under the Fair Labor Standards Act, of the shed workers plaintiffs further defined as Class II of the plaintiffs.

2. There are no genuine issues of fact upon which a reasonable jury could grant judgment on the theory of breach of contract against Randy Clanton as an individual since those claims would be violative of statutes of fraud and unenforceable

against him as an individual, by operation of A.C.A. 4-32-324, since the contracts were only signed by Charles Searcy in his corporate capacity.

WHEREFORE, PREMISES considered separate defendant, Randy Clanton, prays that this Court enter an order dismissing the FLSA causes of action alleged by Class II against separate defendant, Randy Clanton, an individual, and further dismissing all causes of action for breach of contract against Mr. Clanton as an individual, for attorney's fees and costs; and any and all other relief which this Court deems just and proper.

Respectfully submitted,

F. Mattison Thomas, III
Attorney at Law
103 East Main, Suite D
El Dorado, Arkansas   71730
Telephone:   870-881-8468
Facsimile:   870-881-8416
Email: matt@southarklegal.com


By: /s/ F. Mattison Thomas, III
    Arkansas Bar No. 2002-007

## **CERTIFICATE OF SERVICE**

      I, F. Mattison Thomas, III, certify that on July 16, 2010, I electronically filed the above and foregoing Motion for Partial Summary Judgment with the Clerk of Court using the CM/ECF System, which will send notification of such filling to:

James M. Knoepp
Southern Poverty Law Center
233 Peachtree Street NE, Suite 2150
Atlanta, GA   30303

Daniel Werner
Southern Poverty Law Center
233 Peachtree Street NE, Suite 2150
Atlanta, GA   30303

Michelle Lapointe
Southern Poverty Law Center
233 Peachtree Street NE, Suite 2150
Atlanta, GA   30303

Edward Tuddenham
228 W. 137th Street
New York, NY   10030

John L. Burnett
Lavey & Burnett
904 W. 2nd Street
Little Rock, AR   72201

                                                /s/ F. Mattison Thomas, III
                                                F. Mattison Thomas, III