UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

_____
                              )
ROSALINO PEREZ-BENITES, et al.,)
                              )
    Plaintiffs,           )
                              )    Case No. 1:07-cv-1048
v.                            )
                              )    Judge Barnes
CANDY BRAND, LLC, et al.,     )
                              )    Class Action
    Defendants.           )
_____)

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT RELATED TO VIOLATIONS OF THE FAIR LABOR STANDARDS ACT AND THE H-2A EMPLOYMENT CONTRACT**

Pursuant to Federal Rule of Civil Procedure 56, the named Plaintiffs, Fair Labor Standards Act (FLSA) opt-in Plaintiffs, and Rule 23 Class Members move for Partial Summary Judgment[1] on their claims related to violations of the FLSA and their H-2A employment contracts.

The named Plaintiffs and FLSA opt-in Plaintiffs move for summary judgment with respect to the following:

    1.    Whether Defendants' failure to reimburse the Plaintiffs and opt-in Plaintiffs during their first workweeks for expenses they incurred related to passports, visa processing, visas, border

---

[1] Plaintiffs motion is only for partial summary judgment, as there remain a few minor issues for which there are disputed issues of fact, such as whether individuals paid fees to get on a list of workers eligible to obtain H-2A visas to work for Candy Brand and whether Defendants are liable for those fees.

crossing, and transportation expenses was a violation of the minimum wage provisions of the FLSA.

2. Whether Defendants are entitled to the overtime exemption for agriculture work with respect to those Plaintiffs and opt-in Plaintiffs who worked in Defendants' packing shed operation and worked more than 40 hours in a workweek.

3. Whether the Plaintiffs and opt-in Plaintiffs are entitled to a three-year statute of limitations on their FLSA claims.

4. Whether the Plaintiffs and opt-in Plaintiffs are entitled to liquidated damages with respect to their FLSA claims.

The named Plaintiffs and Rule 23 class members move for summary judgment with respect to the following:

1. Whether Defendants' failure to reimburse the Plaintiffs and Rule 23 Class I members during their first workweeks for expenses they incurred related to passports, visa processing, visas, border crossing, and transportation expenses up to the point of the Adverse Effect Wage Rate was a violation of their H-2A employment contracts.

2. Whether Defendants' failure to reimburse the Plaintiffs and Rule 23 Class I members during their first workweeks for expenses they incurred related to passports, visa processing, visas, border crossing, and transportation expenses up to the point of the FLSA minimum wage was a violation of their H-2A employment contracts.

3. Whether Defendants are entitled to the overtime exemption for agriculture work with respect to those Plaintiffs and Rule 23 Class II members who worked in Defendants' packing shed operation and worked more than 40 hours in a workweeks, and whether the failure to pay such overtime wages was a breach of the H-2A employment contracts.

4. Whether the Defendants breached the H-2A employment contracts by not paying proper reimbursement and subsistence payments to the Plaintiffs and Rule 23 Class I members who completed 50% of their work contract period.

5. Whether the Defendants breached the H-2A employment contracts by not providing or otherwise paying proper reimbursement and subsistence payments to the Plaintiffs and Rule 23 Class I members who completed their work contract period.

In accordance with Local Rule 56.1, Plaintiffs have filed a Statement of Undisputed Material Facts as well as a number of exhibits in support of this Motion. This Motion is also supported by the accompanying Memorandum of Law.

Respectfully Submitted,

/s/ James M. Knoepp_____
James M. Knoepp
Georgia Bar Number 366241
*Admitted Pro Hac Vice*
Email:  jim.knoepp@splcenter.org
Michelle R. Lapointe
Georgia Bar Number 007080
*Admitted Pro Hac Vice*
Email:  michelle.lapointe@splcenter.org
Daniel Werner
Georgia Bar Number 422070
*Admitted Pro Hac Vice*
Email: daniel.werner@splcenter.org
Immigrant Justice Project
Southern Poverty Law Center
233 Peachtree Street NE, Suite 2150
Atlanta, GA  30303
Telephone:  (404) 521-6700

Facsimile:   (404) 221-5837

Edward Tuddenham
Texas Bar Number 20282300
*Admitted Pro Hac Vice*
Email: etudden@io.com
228 W. 137th Street
New York, NY 10030
Telephone: (512) 413-4863
Facsimile: (512) 443-4258

John L. Burnett
Arkansas Bar Number 77021
Email:  jburnett@laveyandburnett.com
Lavey and Burnett
904 W. 2nd Street
Little Rock, AR  72201
Telephone: (501) 376-2269
Facsimile: (501) 372-1134

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

>Hani W. Hashem
>Hashem Law Firm, PLC
>P.O. Box 739
>Monticello, Arkansas  71657
>hwh@hashemlawfirm.com
>
>Charles Darwin "Skip" Davidson
>Paul Davidson
>Davidson Law Firm, Ltd.
>P.O. Box 1300
>724 Garland Street
>Little Rock, Arkansas  72201
>skipd@dlf-ar.com
>pauld@dlf-ar.com
>
>F. Mattison Thomas III
>101 Main Street, Suite D
>El Dorado, Arkansas  71730
>matt@southarklegal.com

>/s/ James M. Knoepp_____

this 2nd day of August, 2010.