IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROSALINO PEREZ-BENITES ET AL.                             PLAINTIFFS

vs.                                Civil No. 1:07-cv-01048

CANDY BRAND, LLC ET AL.                                        DEFENDANTS

### REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before this Court is Plaintiffs' Motion for Entry of Judgment against Randy Clanton, Candy Brand, LLC, and Arkansas Tomato Shippers, LLC for Breach of Settlement Agreement. ECF No. 284. Plaintiffs filed this Motion on October 18, 20012. *Id.* On October 25, 2012, this Court directed Defendants to respond to this Motion by November 5, 2012. ECF No. 286. Despite this Order, Defendants have not filed response to Plaintiffs' Motion. The Honorable U.S. District Judge Robert T. Dawson referred this Motion to the undersigned on October 22, 2010 pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2009). In accordance with the referral from Judge Dawson, and after reviewing Plaintiffs' briefing filed this matter, this Court recommends Plaintiffs' Motion be **GRANTED.**

Because Defendants do not dispute they have breached the settlement agreement entered in this matter, this Court recommends judgment be entered against Defendants in the amount of $790,625.00 plus 5% interest from January 1, 2012 until the date of payment of the judgment in addition to costs and attorneys' fees to be calculated at the time the judgment is collected.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely**

1

**objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger** *de novo* **review by the district court.** *See Thompson v. Nix***, 897 F.2d 356, 357 (8th Cir. 1990).**

      **ENTERED this 21st day of November 2012.**

                                      /s/   Barry A. Bryant
                                      HON. BARRY A. BRYANT
                                      U.S. MAGISTRATE JUDGE