```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                     EL DORADO DIVISION
```

**ROSALINO PEREZ-BENITES, et al.,**                              PLAINTIFFS

**v.**                    **CASE NO. 07-1048**

**CANDY BRAND, LLC, ARKANSAS TOMATO
SHIPPERS, LLC, RANDY CLANTON, BROOKS
LISENBEY, and CHARLES SEARCY**                                  DEFENDANTS

### O R D E R

On this 4th day of September 2013, there comes on for consideration the report and recommendation filed in this case on November 21, 2012, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas. (Doc. 287). No objections were filed to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety except as to Separate Defendant Randy Clanton. The proceedings against Separate Defendant Clanton remain subject to the bankruptcy stay. Accordingly, Plaintiffs' Motion for Entry of Judgment for Breach of Settlement Agreement (doc. 284) is GRANTED as to Separate Defendants Candy Brand, LLC, and Arkansas Tomato Shippers, LLC.

IT IS SO ORDERED.

```
                              /s/ Robert T. Dawson
                              Honorable Robert T. Dawson
                              United States District Judge
```

**AO72A
(Rev. 8/82)**