**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

**ROSALINO PEREZ-BENITES, et al.,**                              **PLAINTIFFS**

**v.**                    **CASE NO. 07-1048**

**CANDY BRAND, LLC, ARKANSAS TOMATO SHIPPERS, LLC,**
**RANDY CLANTON, BROOKS LISENBEY,**
**and CHARLES SEARCY**                                           **DEFENDANTS**

JUDGMENT

For the reasons set forth in Plaintiffs' Motion for Entry of Judgment for Breach of Settlement Agreement and supporting brief (docs. 284-85) and the Report and Recommendation (doc. 287), it is HEREBY ORDERED AND ADJUDGED that Plaintiffs should have and recover of and from Separate Defendants Candy Brand, LLC; and Arkansas Tomato Shippers, LLC, judgment in the amount of $790,625.00 plus 5% interest from January 1, 2012, until the date of payment of the judgment in addition to costs and attorneys' fees to be calculated at the time the judgment is collected.

IT IS SO ORDERED this 4th day of September, 2013.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge